IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00829
(To be supplied by the court)

Martha Moran , Plaintiff,

v.

State Farm Insurance CO,

Insured Marion Potts,

Robyn Bridgeman,

_____,

_____,

_____,

_____, Defendant(s).

(List each named defendant on a separate line.)

## COMPLAINT

1. On April 1, 2008, Ms. Martha Moran vehicle was crashed into by a daniel Vasquez who ran a red light. Officer Evans stated Mr. Vasques was intoxicated and was arrested for DUI and a traffic control signal legend." Mr. Vasquez also fled from the scene but was caught running down the alley.

(Rev. 07/06)

## PARTIES

1. Plaintiff **Martha Moran** is a citizen of **Colorado Springs, CO**
   who presently resides at the following address:

   _____

2. Defendant **State Farm Insurance** is a citizen of **CO**
   who live(s) at or is/are located at the following address:
   **1555 Promotory Cr.**
   **Greeley, CO 80638**

3. Defendant _____ is a citizen of _____
   who live(s) at or is/are located at the following address:

   _____

   (Attach a separate page, if necessary, to list additional parties.)

## JURISDICTION

4. Jurisdiction is asserted pursuant to following statutory authorities:

   _____
   _____
   _____

5. Briefly state the background of your case:

   On April 1, 2008 - Ms. Martha Moran was injured as a result of the negligent driving of a Daniel Vasques. Mr. Vasques was deemed 100% responsible for the collision. The vehicle he drove was insured by a Marion Potts and Robyn Bridgeman who took responsibility for letting Mr. Vasques drive. Their Insurance Co - State Farm.

   - At the time of the accident and for approximately 3 months after the accident Mr. Vasquez, Marion Potts and Robyn Bridgeman denied having insurance
   - After a low settlement was offered to Ms Moran she hired an attorney Clifford Enten.

(Rev. 07/06)

2

# FIRST CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

2. Ms. Moran's car was totaled. Mr. Vasquez was deemed 100% responsible for the collision

3. Ms Moran's immediate injuries were a 6 inch head laceration which was stapled and cervical sprain. She complained of not being able to feel her arms in the emergency room.

4. In May 2008 an MRI showed abnormalities and exacerbated DDD cervical spine. By June 2008 a physical therapist assessed that Ms Moran was experiencing decreased strength, ROM, other functioning levels. Continued headaches, seizures. Nov 2008 - MRI's showing white matter, mild atrophy. Nerve impingement Cognitive issues requiring therapy - on an ongoing basis

5. A continued regimen of physical therapy - is needed as well a daily cognitive exercises are necessary for her to retain basic functioning levels

6. New therapy - cranial sacral - and a Koren chyropractic doctor.

a meeting was set up with Richard Eakins, Clifford Enten's senior assistant. Ms Moran was told that Mr. Enten wanted to settle the case for the policy limits but need Ms Moran's authorization. She refused.

- Another meeting was set up with Mr. Enten when he gave her the offer of $42,000.00 out of which she would receive $31,000.00. This was way below the Policy Limits. After turning this down, Mr. Enten forcefully insisted Ms. Moran accept the offer siting reasons that were not pertinent to her injuries. After receiving the statement for settlement from Mr. Enten's office - it stated that "this office has been authorized to accept Policy Limits, in full settlement of all claims".
- Correspondence from State Farms has Mr. Vasques as the insured.
- When asked about the man who interviewed and signed her up with Enten's office - a Gregg Alderman - Mr. Enten stated he did not know him.
- Mr. Enten was fired
- The statute of limitions is March 31, 2011.
- In light of limiting neurological and other physical conditions Ms. Moran is late filing a case but feels it necessary to work out a satisfactory settlement.

**REQUEST FOR RELIEF**

Plaintiff requests the following relief:

7 as recently noted Ms. Moran's life is nothing more than existence.

8 there has been an increased need for pain meds, valium to relax stressed muscles.

9 a recent MRI showed continued degeneration.

10 as a result of the collision by Mr. Vasquez Ms. Moran suffered a closed head injury and further injury to her neck which had been injured about 8 years earlier. With continued medical costs and costs for personal care an amount $750,000 00 is not unreasonable.

Date: 3-31-2011

Mailing:
PO Box 6084
Col. Springs CO
80934

Martha Moran
(Plaintiff's Original Signature)

1219 N. Academy
(Street Address)

Colorado Springs CO 80909
(City, State, ZIP)

(719) 964-7749
(Telephone Number)

11 More detailed records as well as more recent findings will add to this complaint.

**KEEP THIS COPY IN YOUR CAR**

CAR INSURANCE CARD
POLICY NUMBER 084 1099-C18-06G
INSURED
POTTS, MARION AND
BRIDGEMAN, ROBYN
EFFECTIVE DATE                    EXPIRATION DATE
MAR-24-2008                       SEP-18-2008
CAR-YEAR/MAKE/VEHICLE IDENTIFICATION NUMBER
1998 BUICK SKYLARK 4DR
1G4NJ52M7WC418963
COVERAGES (SEE REVERSE FOR COVERAGE NAMES)
A        BODILY INJURY/PROPERTY
H, U     DAMAGE LIABILITY

AGENT Alan Buehler, Agent
2914 Austin Bluffs Pkwy
Office Manager, Karen
CSR Vanessa
COLORADO SPRINGS, CO 80918-5749
PHONE# 719-593-7600
STATE FARM INSURANCE COMPANIES

*Handwritten notes:*
- 1800 324 State Farm 0704
- 38602
- 80937
- 409145 2062
- Karen
- Lien Restitution
- Small vessel ischemic disease