IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 0 5 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-00829-BNB
**(The above civil action number must appear on all future papers
sent to the court in this action. Failure to include this number
may result in a delay in the consideration of your claims.)**

MARTHA MORAN,

      Plaintiff,

v.

STATE FARM INSURANCE CO.,
INSURED MARION POTTS, and
ROBYN BRIDGEMAN,

      Defendants.

---

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

Plaintiff has submitted a Motion and Affidavit for Leave to Proceed Pursuant to

28 U.S.C. § 1915 and a Complaint.  As part of the court's review pursuant to

D.C.COLO.LCivR 8.1, the court has determined that the submitted documents are

deficient as described in this order.  Plaintiff will be directed to cure the following if she

wishes to pursue her claims.  Any papers which the Plaintiff files in response to this

order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**
(1)    __    is not submitted
(2)    __    is not on proper form (must use the court's current form)
(3)    xx    is missing original signature by Plaintiff
(4)    __    is missing affidavit
(5)    xx    affidavit is incomplete
(6)    xx    affidavit is not notarized or is not properly notarized
(7)    __    names in caption do not match names in caption of complaint, petition or

|     |     | application |
| --- | --- | --- |
| (8) | __  | An original and a copy have not been received by the court. |
|     |     | Only an original has been received. |
| (9) | xx  | other: Motion is necessary only if $350.00 filing fee is not paid in advance. |

**Complaint or Petition**:

| (10) | __  | is not submitted |
| --- | --- | --- |
| (11) | __  | is not on proper form (must use the court's current form) |
| (12) | __  | is missing an original signature by the Plaintiff |
| (13) | __  | is incomplete |
| (14) | __  | uses et al. instead of listing all parties in caption |
| (15) | __  | An original and a copy have not been received by the court.  Only an original has been received. |
| (16) | __  | Sufficient copies to serve each defendant/respondent have not been received by the court. |
| (17) | __  | names in caption do not match names in text |
| (18) | xx  | other: Addresses must be provided for all Defendants in Section "Parties" on page 2 of the Complaint. |

Accordingly, it is

ORDERED that the Plaintiff cure the deficiencies designated above **within thirty**

**(30) days from the date of this order**.  Any papers which the Plaintiff files in response

to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together

with a copy of this order, copies of the following forms: Motion and Affidavit for Leave to

Proceed Pursuant to 28 U.S.C. § 1915 and a Complaint.  It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated

deficiencies **within thirty (30) days from the date of this order**, the complaint and the

action will be dismissed without further notice.  The dismissal shall be without prejudice.

2

DATED April 5, 2011, at Denver, Colorado.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00829-BNB

Martha Moran
1219 N Academy
Colorado Springs, CO 80909

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915 and of the Complaint forms** to the above-named individuals on April 5, 2011.

GREGORY C. LANGHAM, CLERK

By:_____
Deputy Clerk