IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-00829
(To be supplied by the court)

Martha Moran , Plaintiff,

v.

State Farm Insurance CO,
Insured Marion Potts,
Robyn Bridgeman

_____, 

_____,

_____,

_____,

_____, Defendant(s).

(List each named defendant on a separate line.)

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 10 2011

GREGORY C. LANGHAM
CLERK

## COMPLAINT

1. On April 1, 2008, Ms. Martha Moran vehicle was crashed into by a daniel Vasquez who ran a red light. Officer Evans stated Mr. Vasques was intoxicated and was arrested for DUI and a traffic control signal legend." Mr. Vasquez also fled from the scene but was caught running down the alley.

(Rev. 07/06)

## PARTIES

1. Plaintiff **Martha Moran** is a citizen of **US of America** who presently resides at the following address: Mailing goes to PO Box 6084, Col. Springs CO 80934

2. Defendant **State Farm Ins Co** is a citizen of _____ who live(s) at or is/are located at the following address: 1555 Promontory Cr., Greeley CO 80634

3. Defendant **Marion Potts** is a citizen of _____ who live(s) at or is/are located at the following address: 2325 Lark Dr., Col. Springs, CO 80909

(Attach a separate page, if necessary, to list additional parties.) From Dex-online

## JURISDICTION

4. Jurisdiction is asserted pursuant to following statutory authorities:

   _____
   _____
   _____

5. Briefly state the background of your case:

Address:
Defendent:

Robyn Bridgeman
3526 N. Cascade Ave lot E-15
Col. Springs, CO 80907-5215

A Daniel Vasquez was the driver but from what the district attornies office issued insurance on the vehicle was in Marion Potts and Robyn Bridgemans names.

Discovery did not produce an address.
Claim Representative Margie Oswald show him to be State Farms insured. He may be an illegal.
There are three Daniel Vasquez however - there is a possibility he moves around. That discovery from Dex-online.
State refused to issue any addresses

# FIRST CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

2. Ms. Moran's car was totaled. Mr. Vasquez was deemed 100% responsible for the collision

3. Ms Moran's immediate injuries were a 6 inch head laceration which was stapled and cervical sprain. She complained of not being able to feel her arms in the emergency room.

4. In may 2008 an MRI showed abnormalities and exacerbated DDD cervical spine. By June 2008 a physical therapist assessed that Ms Moran was experiencing decreased strength, ROM, other functioning levels. Continued headaches, seizures. Nov 2008 – MRI's showing white matter, mild atrophy. Nerve impingement Cognitive issues requiring therapy – on an ongoing basis

5. A continued regimen of physical therapy – is needed as well a daily cognitive exercises are necessary for her to retain basic functioning levels

6. New therapy- cranial sacral - and a Koren chyropractic doctor.

(Rev. 07/06)                                3

# REQUEST FOR RELIEF

Plaintiff requests the following relief:

7 as recently noted Ms. Moran's life is nothing more than existence.

8 there has been an increased need for pain meds, valium to relax stressed muscles.

9 a recent MRI showed continued degeneration

10 As a result of the collision by Mr. Vasquez Ms. Moran suffered a closed head injury and further injury to her neck which had been injured about 8 years earlier. With continued medical costs and costs for personal care an amount $150,000.00 is not unreasonable.

Date: 3-31-2011

Martha Moran (Martha Moran June 10, 2011)
(Plaintiff's Original Signature)

1193 N. Academy
(Street Address)

Colorado Springs CO 80909
(City, State, ZIP)

(719) 964-7749
(Telephone Number)

11 More detailed records as well as more recent findings will add to this complaint.

**INDIVIDUAL ACKNOWLEDGEMENT**

State of __Colorado__
County of __Denver__ } ss.

On this __10th__ day of __June__, 20__11__, before me,
__Alicia Tucker__,
Name of Notary Public

the undersigned Notary Public, personally appeared
__Martha Moran__,
Name of Signer(s)

☐ personally known to me
☑ proved to me on the basis of satisfactory evidence

to be the person(s) whose name(s) is/are subscribed to the within instrument, and acknowledged that he/she/they executed it.

WITNESS my hand and official seal.

_[signature]_
Signature of Notary Public

```
ALICIA TUCKER
NOTARY PUBLIC
STATE OF COLORADO
```
My Commission Expires 04/23/2012

·········· OPTIONAL ··········

*Though law does not require the information in this section, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**
Title or Type of Document: __Request for Relief__
Document Date: __3-31-2011__     Number of Pages: __6__
Signer(s) Other Than Named Above: _____

**Other Orders/Judgments**
1:11-cv-00829-BNB Moran v. State Farm Insurance Company et al
PS2

## U.S. District Court

### District of Colorado

**Notice of Electronic Filing**

The following transaction was entered on 5/13/2011 at 9:46 AM MDT and filed on 5/13/2011
**Case Name:** Moran v. State Farm Insurance Company et al
**Case Number:** 1:11-cv-00829-BNB
**Filer:**
**Document Number:** 8

**Docket Text:**
**MINUTE ORDER re [7] Letter requesting an extension of time to cure the deficiencies. Plaintiff shall have 30 days from the date of this minute order to cure the deficiencies in this action as directed in the court's Order, filed on 4/5/11. The clerk of the court is directed to mail to Plaintiff, together with a copy of this minute order, copies of the following forms: Complaint; Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, by Magistrate Judge Boyd N. Boland on 5/13/11. (lyg, )**


**1:11-cv-00829-BNB Notice has been electronically mailed to:**

**1:11-cv-00829-BNB Notice has been mailed by the filer to:**

Martha Moran
P.O. Box 6084
Colorado Springs, CO 80934

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071006659 [Date=5/13/2011] [FileNumber=2982455-0
] [05a2e42675ff18c4057983a1223307594cb9ebf7fb53a208f7796b9d46d01904796
d677028ef0d2e12151bee7bab1c6c3312d534c17c489cd45e4b150f46aa49]]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00829-BNB

MARTHA MORAN,

    Plaintiff,

v.

STATE FARM INSURANCE CO.,
INSURED MARION POTTS, and
ROBYN BRIDGEMAN,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's request for an extension of time to cure the deficiencies, which she makes in a letter to the court filed on May 11, 2011, is GRANTED. Plaintiff shall have **thirty (30) days from the date of this minute order** to cure the deficiencies in this action as directed in the court's Order Directing Plaintiff to Cure Deficiency filed on April 5, 2011. The clerk of the court is directed to mail to Plaintiff, together with a copy of this minute order, copies of the following forms: Complaint; Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.

Dated: May 13, 2011



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 0 5 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 11-cv-00829-BNB
(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

MARTHA MORAN,

    Plaintiff,

v.

STATE FARM INSURANCE CO.,
INSURED MARION POTTS, and
ROBYN BRIDGEMAN,

    Defendants.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY

Plaintiff has submitted a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Complaint. As part of the court's review pursuant to D.C.COLO.LCivR 8.1, the court has determined that the submitted documents are deficient as described in this order. Plaintiff will be directed to cure the following if she wishes to pursue her claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**

(1) __ is not submitted
(2) __ is not on proper form (must use the court's current form)
(3) xx is missing original signature by Plaintiff
(4) __ is missing affidavit
(5) xx affidavit is incomplete
(6) xx affidavit is not notarized or is not properly notarized
(7) __ names in caption do not match names in caption of complaint, petition or

DATED April 5, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

| | | |
|---|---|---|
| | | application |
| (8) | __ | An original and a copy have not been received by the court. Only an original has been received. |
| (9) | xx | other: <u>Motion is necessary only if $350.00 filing fee is not paid in advance.</u> |

**Complaint or Petition:**

| | | |
|---|---|---|
| (10) | __ | is not submitted |
| (11) | __ | is not on proper form (must use the court's current form) |
| (12) | __ | is missing an original signature by the Plaintiff |
| (13) | __ | is incomplete |
| (14) | __ | uses et al. instead of listing all parties in caption |
| (15) | __ | An original and a copy have not been received by the court. Only an original has been received. |
| (16) | __ | Sufficient copies to serve each defendant/respondent have not been received by the court. |
| (17) | __ | names in caption do not match names in text |
| (18) | xx | other: <u>Addresses must be provided for all Defendants in Section "Parties" on page 2 of the Complaint.</u> |

Accordingly, it is

ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together with a copy of this order, copies of the following forms: Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Complaint. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the action will be dismissed without further notice. The dismissal shall be without prejudice.