IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2011 JUL 14 PM 2:56

GREGORY C. LANGHAM
CLERK

BY_____DEP. CLK

Civil Action No. 11-CV-00829-BNB
(To be supplied by the court)

Martha Moran                                   , Plaintiff,

v.

State Farm Insurance Co.
Marion Potts
Robyn Bridgman
_____,
_____,
_____,
_____,

_____, Defendant(s).

(List each named defendant on a separate line.)

---

## COMPLAINT

On April 1, 2008 Plaintiff Martha Moran was violently struck by Daniel Vasques. Mr. Vasquez was cited for running through a red light, a DUI, running from the scene. He was held 100% responsible. In addition he had no insurance. He was driving his girlfriends car which was insured by State Farm under a Marion Potts and Robyn Bridgman (girlfriend) Insurance information was not released for approximately two months. Due to the delay Mrs. Moran suffered unnecessary loss and physical damage

(Rev. 07/06)

## PARTIES

1. Plaintiff **Martha Moran** is a citizen of **US of America**
   who presently resides at the following address:
   **Mailing goes to PO Box 6084, Col. Springs CO 80934**

2. Defendant **State Farm Ins Co** is a citizen of _____
   who live(s) at or is/are located at the following address: **Corporate address 502 N. Prospect Rd, Bloomington Il. 61704**

3. Defendant **Marion Potts** is a citizen of _____
   who live(s) at or is/are located at the following address:
   **2325 Lark Dr., Col. Springs, CO 80969**

   (Attach a separate page, if necessary, to list additional parties.)

## JURISDICTION

4. Jurisdiction is asserted pursuant to following statutory authorities: **Diversity jurisdiction Corporate citizenship is based on it's principle place of business which is presumed to be the corporations "nerve center" from where it's officers conduct the corporation important business. US Supreme Court: Hertz Corp v. Friend - February 25, 2010 State Farm is incorporated in Bloomington, IL.**

5. Briefly state the background of your case:

Background of case:
As a result of the auto accident on April 1, 2008 Ms Moran suffered serious head and neck injuries. Her vehicle was a total loss. Medical treatment was covered by Medicare. Once information regarding the insurance was released approximately two months after the accident, an unfair and

Background of case: page2 inequitable offer was made regarding her vehicle. The urgency of her need for transportation resulted in her accepting the settlement - Ms Moran later found out from an attorney that the adjusters involved did not convey correct information and concealed information that would have resulted in he getting the settlement needed to obtain a safe working vehicle.

A settlement for medical expenses was offered at an unreasonable amount - low - that had it been accepted Medicare would be paying for the bulk of the expenses incurred from the injuries

Another representative pressured Ms Moran to accept the low offer.

Compelling Ms Moran to seek out an attorney who tried to force a settlement almost as low as the original offer, based on fraudulent facts.

Address:
Defendent:
Robyn Bridgeman
3526 N. Cascade Ave. Lot E-15
Col. Springs, CO 80907-5215

State Farm (Colorado)
1555 Promontory Cr.,
Greeley, CO 80634

## SECOND CLAIM FOR RELIEF
## AND SUPPORTING FACTUAL ALLEGATIONS
(Please number your paragraphs and attach any necessary additional pages.)

1. As a result of the criminal use of a vehicle the Plaintiff suffered serious head & neck injuries, resulting in on going medical & rehabilitative care.

   Recent diagnosis of dementia neuropathy, seizure disorder memory loss. She was referred to University medical Center for further diagnosis and possible treatment.

2. Driving a vehicle that is barely functional and requires expensive and constant maintenance

3. Living with on going pain which is debilitating.

4. Ongoing need for treatments that are not covered by Medicare

5. Costs for treatments and tests not covered by Medicare

(Rev. 07/06)

6. Severe depression (at times)

**REQUEST FOR RELIEF**

Plaintiff requests the following relief:

Costs for Medical Treatment in the first couple of months approximate $27,000.00

Liens Medicare and Medicaid to be determined –

Ongoing costs

Pain and suffering

Ms Moran claims $750,000.00 in damages. $300,000.00 to be put in trust for further medical expenses so that Medicare will not suffer loss.

Date: 7-14-11

Martha Moran
(Plaintiff's Original Signature)

PO Box 6084
(Street Address)

Colorado Springs CO 80934
(City, State, ZIP)

(719) 964-7749
(Telephone Number)

(Rev. 07/06)                                6