IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

```
                                              FILED
                                     UNITED STATES DISTRICT COURT
                                          DENVER, COLORADO

                                           SEP 07 2011

                                       GREGORY C. LANGHAM
                                                    CLERK
```

Civil Action No. 11-cv-00829-LTB

MARTHA MORAN,

    Plaintiff,

v.

STATE FARM INSURANCE CO.,
MARION POTTS, and
ROBYN BRIDGEMAN,

    Defendants.

---

## JUDGMENT

---

Pursuant to and in accordance with the Order of Dismissal entered by the Court on September 7, 2011, it is hereby

ORDERED that

Judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 7th day of September, 2011.

                FOR THE COURT,

                GREGORY C. LANGHAM, Clerk

        By: _____
                Deputy Clerk